

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Oak Point Partners, LLC,

\* From the 238th District Court
of Midland County,
Trial Court No. CV51836.

Vs. No. 11-21-00080-CV

\* March 17, 2022

Diamondback E&P, LLC,

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered the parties' joint motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against the party incurring same.